# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr3870-02-CAB |
| Plaintiff, | |
| v. | Hon. Cathy Ann Bencivengo |
| JACOBIE JYCHAI LORENZO COLEMAN (2), | ORDER AND JUDGMENT OF DISMISSAL AND EXONERATION OF BOND |
| Defendant. | |

Upon motion of the UNITED STATES and good cause appearing,

IT IS THE JUDGMENT OF THE COURT that the motion to dismiss is granted and the Indictment (ECF No. 8) in the above-entitled case be dismissed without prejudice as to Defendant Jacobie Jychai Lorenzo Coleman.

IT IS FURTHER ORDERED that bond is exonerated.

IT IS SO ORDERED.

DATED: November 12, 2021

_____
HON. CATHY ANN BENCIVENGO
United States District Judge